IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVEN D. DAVIDSON, AS EXECUTOR OF THE ESTATE OF HOWARD W. DEMOORE, | ) ) ) ) | CV 20-00097 LEK-WRP |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JEREMY SLOTNICK PAIGE; VICKI SUSAN SLOTNICK; KBI, LLC; MELISSA JACKSON; RICHARD SHUCK; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 1-20 | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 20, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Motion for Entry of Default Judgment Against Defendant KB1, LLC", ECF No. 53, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 7, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge