IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN D. DAVIDSON, AS EXECUTOR OF THE ESTATE OF HOWARD W. DEMOORE, <br><br>  Plaintiff, <br><br> vs. <br><br> JEREMY SLOTNICK PAIGE; VICKI SUSAN SLOTNICK; KBI, LLC; MELISSA JACKSON; RICHARD SHUCK; et al., <br><br>  Defendants. | CV 20-00097 LEK-WRP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 28, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendations to Grant Defendants Melissa Jackson and Richard Shuck's Petition for Determination of Good Faith Settlement and Joinder Thereto", ECF No. 215, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 12, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge