IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN D. DAVIDSON, AS EXECUTOR OF THE ESTATE OF HOWARD W. DEMOORE,<br><br>            Plaintiff,<br><br>    vs.<br><br>JEREMY SLOTNICK PAIGE; VICKI SUSAN SLOTNICK; KBI, LLC; MELISSA JACKSON; RICHARD SHUCK, et al.,<br><br>            Defendants.<br>_____ | CV 20-00097 LEK-WRP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 03, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)© and Local Rule 74.1, the "Findings and Recommendation to Deny Defendants Melissa Jackson and Richard Shuck's Motion to Compel Release of the Earnest Money Deposit to Defendants Melissa Jackson and Richard Shuck", ECF No. 228, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 21, 2022.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge